**FILED**
CLERK, U.S. DISTRICT COURT

4/22/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARLENA MCGOWAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS FREIGHT, INC., a Delaware Corporation; and DOES 1 TO 50, inclusive,<br><br>Defendants | Case No. 5:19-cv-01095-JAK (SPx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** (DKT. 25)<br><br>State Complaint Filed: May 9, 2019<br>Trial Date:      Not yet set |

Having considered the stipulation and finding good cause exists, it is hereby ORDERED that the action is hereby dismissed with prejudice as to all parties and its entirety; each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  April 22, 2020                    _____

John A. Kronstadt
United States District Judge